UNITED STATES BANKRUPTCY COURT
FOR THE MARYLAND DISTRICT
BALTIMORE DIVISION

IN RE:                                :        CASE NO. 12-18903-DER
                                                CHAPTER 13
Michael Allan. McNeil
                                      :

DEBTOR
                                      :        OBJECTION TO PROOF OF CLAIM

Comes now Michael Allan McNeil, and respectfully objects to the Proof of Claim filed by FIA Card Services, N.A. as successor in interest to Bank of America, N.A. (USA) and MBNA America Bank, N.A.

Information regarding the objection is as follows:

1. NAME AND ADDRESS OF CLAIMANT: FIA Card Services, N.A. as successor in interest to Bank of America, N.A. (USA) and MBNA America Bank, N.A., PO Box 15102, Wilmington, DE 19886-5102

2. Attorney of Record and Address: N/A

3. Date Claimed File: June 13, 2012

4. Clerk Claim Number: Claim #2

5. Ground For Objection:

    a) Debtor filed for Chapter 13 Bankruptcy on May 10, 2012.

    b) Creditor's proof of claim is a simple "Statement of Accounts" created on June 13, 2012 which simply states that the debtor owes $123.90.

1

c) Creditors "Statement of Account" is a document created by FIA Card Services NA, and not the original creditor who is Bank of America.

d) The Creditor's "Statement of Accounts" is not a document created during the normal course of business, but this document shows the debtor's bankruptcy case number, it was clearly created so that the creditor could submit documentation which in of itself is not proof of any debt.

e) The Creditor's "Statement of Accounts" gives no evidence of when the $123.90 charge occurred, or what the charge was even for.

f) The Creditor's documentation provided is insufficient for this court or anyone to make a determination if the Creditor's proof of claim has any validity.

g) To the best of the Debtor's knowledge, the debtor believes that his account balance was zero concerning all his credit card accounts.

h) The Creditor's claim should be denied.

WHEREFORE, debtor requests that the claim of the creditor be disallowed or denied.

Michel A. McNeil
7014 Gentle Shade Road
Apartment 402
Columbia, MD  21046
410-505-8617
mamcneil@gmail.com

## NOTICE

If the relief sought in this Motion is opposed, a written response to the Motion must be filed within thirty (30) days after the date on the certificate of service of the objection, the claimant may file and serve a memorandum in opposition, together with any documents and other evidence the claimant wishes to attach in support of its claim, unless the claimant wishes to rely solely upon the proof of claim; and an interested party may request a hearing that will be held at the court's discretion.

The Court is authorized to grant the relief requested without further notice should a timely response not be filed.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Objection to Proof of Claim was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 25th day of June 2012.

FIA Card Services, N.A. as successor in
interest to Bank of America, N.A. (USA)
and MBNA America Bank, N.A.
PO Box 15102
Wilmington, DE 19886-5102

Nancy Spencer Grigsby
4201 Mitchellville Rd. Ste 401
Bowie, MD 20716



Michael A. McNeil