# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND, BALTIMORE DIVISION

In re MICHAEL ALLAN MCNEIL                          Case No. 12-18903-DER

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| FIA Card Services, N.A. as successor in interest to Bank of America, N.A. (USA) and MBNA America Bank, N.A. | FIA CARD SERVICES, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

FIA Card Services, N.A. as successor in interest to Bank of America, N.A. (USA) and MBNA America Bank, N.A.
POB 3001
Malvern, PA 19355-0701

Court Claim # (if known): 2
Amount of Claim: $123.90
Date Claim Filed: 06/13/2012

Phone: 610-644-7800                                  Phone: 800-441-7048
Last Four Digits of Acct #: 0175                     Last Four Digits of Acct #: 0175
Last Four of Alternate Acct #:                       Last Four of Alternate Acct #:

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ ALANE A. BECKET                            Date: 06/26/2012
   Alane A. Becket, Esquire, PA65451
   Becket & Lee LLP, Attorneys/Agent for Creditor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

BOA21705

