

DAVID E. RICE
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (at Baltimore)

| | | |
|---|---|---|
| In re: | * | |
| Michael Allan McNeil, | * | Case No. 12-18903-DER |
| Debtor. | * | Chapter 13 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING MOTION FOR RELIEF FROM STAY

Upon consideration of the Motion for Relief from Automatic Stay to Permit Movant to Proceed with Petition for Attorney's Fees in State Court Proceeding [Docket No. 47] and the Opposition filed by the debtor [Docket No. 60], notice having duly been given, and for the reasons stated on the record at the hearing held on September 10, 2012 at which the debtor did not appear, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the automatic stay under 11 U.S.C. § 362(a) is hereby MODIFIED to the limited extent necessary to permit V. Peter Markuski, Jr. to file petitions and seek determinations for the award of attorney's fees by the Circuit Court for Howard County, Maryland as Best Interest Attorney on behalf of the debtor's minor children for the time periods

after October 31, 2011, including periods after the filing of this bankruptcy proceeding; and it is further,

ORDERED, that to the extent the Circuit Court for Howard County, Maryland awards such fees, enforcement of the awards against Michael Allan McNeil or his bankruptcy estate shall be subject to the automatic stay and further order of this court.

cc:     Debtor-Michael Allan McNeil
        Creditor-V. Peter Markuski, Jr.
        Creditor's Counsel-Jeffrey W. Bernstein, Esq.
        U.S. Trustee
        Chapter 13 Trustee-Nancy Spencer Grigsby, Esq.

**END OF ORDER**