UNITED STATES BANKRUPTCY COURT
FOR THE MARYLAND DISTRICT
BALTIMORE DIVISION

FILED
SEP 24 2012
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

IN RE:                                   :        CASE NO. 12-18903-DER
                                                  CHAPTER 13
MICHAEL ALLAN MCNEIL
                                         :

DEBTOR
                                         :        OBJECTION TO PROOF OF CLAIM

Comes now Michael Allan McNeil, and respectfully objects to the Proof of Claim filed by Stephen A. Drazin, Esquire

Information regarding the objection is as follows:

1. NAME AND ADDRESS OF CLAIMANT: Stephen A. Drazin, Esquire. The Drazin Law Center, P.A. 10420 Little Patuxent Parkway, Suite 100, Columbia, MD 21044

2. Attorney of Record and Address: NA

3. Date Original Claimed File: September 11, 2012

4. Clerk Claim Number:  Claim #5

5. The claim is for attorney fees plus interest awarded in Howard County Circuit Court concerning a divorce for the Debtor estranged wife's attorney and for sanctions against the Debtor.

6. From the face of the claim, it is not a secure claim and the creditor has not had an entry for judgment entered in against the Debtor in Howard County

Maryland.

7. MD Rule 2-601(b) determines when interest begins in post judgment actions in Maryland:

> **Cochran v. Griffith Energy Service, Inc., No. 19, September Term, 2009 (Md. App. 3/31/2010) (Md. App., 2010)** The Cochrans assert that the circuit court's power was "limited . . . to decid[ing] the date upon which th[e] mandatory obligation [to pay post-judgment interest] commence[d]" and therefore it could not determine "when [they] were entitled to interest and/or in what amount." This argument is completely without merit. To begin, there was no dispute that the judgment was recorded on March 5, 2007, and that post-judgment interest started to accrue from that date. See Md. Rules 2-604(b) ("A money judgment shall bear interest at the rate prescribed by law from the date of entry"); 2-601(b) ("The clerk shall enter a judgment by making a record of it in writing on the file jacket, or on a docket within the file, or in a docket book, according to the practice of each court, and shall record the actual date of the entry.

8. There is no entry for judgment on record in accordance with MD Rule 2-604 against the Debtor in favor of the Creditor in this case, therefore the Creditor is not entitled to a claim for interest.

9. Additionally, the creditor in his claim does not show where the Debtor has made any payment which is not true.

10. The Creditor Claim is fraudulent.

WHEREFORE, Debtor requests that the claim of the creditor be DENIED.

*[signature]*

Michel A. McNeil
7014 Gentle Shade Road
Apartment 402
Columbia, MD  21046
410-505-8617
mamcneil@gmail.com

## NOTICE

If the relief sought in this Motion is opposed, a written response to the Motion must be filed within thirty (30) days after the date on the certificate of service of the objection, the claimant may file and serve a memorandum in opposition, together with any documents and other evidence the claimant wishes to attach in support of its claim, unless the claimant wishes to rely solely upon the proof of claim; and an interested party may request a hearing that will be held at the court's discretion.

The Court is authorized to grant the relief requested without further notice should a timely response not be filed.

FILED

SEP 24 2012

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing Objection to Proof of Claim was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 24th day of September 2012.

Stephen A. Drazin, Esquire
The Drazin Law Center, P.A.
10420 Little Patuxent Parkway, Suite 100
Columbia, MD 21044

                                                            _/s/_____
                                                     Michel A. McNeil
                                                     7014 Gentle Shade Road
                                                     Apartment 402
                                                     Columbia, MD  21046
                                                     410-505-8617
                                                     mamcneil@gmail.com