**SO ORDERED**



DAVID E. RICE
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: ) | |
| ) | |
| MICHAEL ALLAN McNEIL, ) | Case No. 12-18903-DER |
| ) | Chapter 13 |
| ) | |
| Debtor. ) | |
| _____ ) | |

ORDER OVERRULING OBJECTION TO
CLAIM NO. 3 FILED BY V. PETER MARKUSKI, JR.

The Objection to Proof of Claim [Docket No. 40] (the "Objection") filed by the debtor, Michael A. McNeil, with respect to Claim No. 3 filed by V. Peter Markuski, Jr. came on for hearing before this court on September 25, 2012. Mr. McNeil, Sarah P. McNeil, the Chapter 13 Trustee, and counsel for Mr. Markuski appeared at the hearing at which the court considered the Objection, the Response to Objection to Proof of Claim [Docket No. 46] filed by Mr. Markuski, and the arguments of the parties. For the reasons stated on the record following the hearing, the court determined that the Objection should be overruled as hereinafter provided. Accordingly, it is, by the United States Bankruptcy Court for the District of Maryland, sitting at Baltimore,

- 2 -

ORDERED, that the Objection should be, and it hereby is, OVERRULED; and it is further,

ORDERED, that the proof of claim of V. Peter Markuski, Jr. as amended and docketed as Claim No. 3-3 should be, and it hereby is, ALLOWED as (i) a claim for a domestic support obligation entitled to priority under 11 U.S.C. § 507(a)(1), and (ii) a secured claim to the extent Mr. McNeil is ultimately determined to retain an ownership interest in certain real property known as 4721 Middle Court, Ellicott City, Maryland 21043 under the terms of the Judgment of Absolute Divorce entered by the Circuit Court for Howard County, Maryland in <u>McNeil v. McNeil</u>, Case No. 13-C-08-75254, and that interest is not subject to a prior mortgage, judgment or other lien; and it is further,

ORDERED, that entry of this order is without prejudice to renewal of the objection to Claim No. 3 in the event the judgments awarding fees to Mr. Markuski entered by the Circuit Court for Howard County, Maryland that are the basis for the claim are modified by that court or on appeal by the Court of Special Appeals of Maryland or the Court of Appeals of Maryland.

cc:    Michael A. McNeil
       Jeffrey W. Bernstein, Esq.
       Chapter 13 Trustee
       U.S. Trustee

**End of Order**