Signed: September 27, 2012

**SO ORDERED**



DAVID E. RICE
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MICHAEL ALLAN McNEIL, | ) | Case No. 12-18903-DER |
| | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

ORDER OVERRULING OBJECTIONS TO
DEBTOR'S REAL PROPERTY EXEMPTION CLAIM

The Objection to Exemptions [Docket No. 36] filed by the Chapter 13 Trustee and the Objection to Exemptions [Docket No. 70] filed by Sarah P. McNeil (collectively, the "Objections") came on for hearing before this court on September 25, 2012. Both of the Objections request the court to disallow the claim of exemption in the amount of $21,625.00 made by the debtor, Michael A. McNeil, for "owner-occupied real property" under § 11-504(f)(1)(i)(2)(A) of the Courts and Judicial Proceedings Article of the Annotated Code of Maryland with respect to certain real property known as 4721 Middle Court, Ellicott City, Maryland 21043 (the "Real Property Exemption Claim").

- 1 -

- 2 -

Michael McNeil, Sarah McNeil, the Chapter 13 Trustee, and counsel for V. Peter Markuski, Jr. appeared at the hearing at which the court considered the Objections, the Response to Objection to Debtor's Claim of Exemptions [Docket No. 50] filed by Michael McNeil with respect to the Chapter 13 Trustee's Objection, the Response to Objection to Exemptions [Docket No. 76] filed by Michael McNeil with respect to Sarah McNeil's Objection, and the arguments of the parties.  For the reasons stated on the record following the hearing, the court determined that the Objections should be overruled as hereinafter provided.  Accordingly, it is, by the United States Bankruptcy Court for the District of Maryland, sitting at Baltimore,

ORDERED, that the Objections should be, and they hereby are, OVERRULED; and it is further,

ORDERED, that the Real Property Exemption Claim should be, and it hereby is, ALLOWED to the extent Michael McNeil is ultimately determined to retain an ownership interest in certain real property known as 4721 Middle Court, Ellicott City, Maryland 21043 under the terms of the Judgment of Absolute Divorce entered by the Circuit Court for Howard County, Maryland in <u>McNeil v. McNeil</u>, Case No. 13-C-08-75254.


cc:     Michael A. McNeil
        Jeffrey W. Bernstein, Esq.
        Sarah P. McNeil
        Cary C. Jacobson, Esq.
        Chapter 13 Trustee
        U.S. Trustee

**End of Order**