

DAVID E. RICE
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MICHAEL ALLAN McNEIL, | ) | Case No. 12-18903-DER |
| | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

ORDER OVERRULING OBJECTION TO
CLAIM NO. 4 FILED BY V. PETER MARKUSKI, JR.

The Objection to Proof of Claim [Docket No. 61] (the "Objection") filed by the debtor, Michael A. McNeil, with respect to Claim No. 4 filed by V. Peter Markuski, Jr. came on for hearing before this court on September 25, 2012. Mr. McNeil, Sarah P. McNeil, the Chapter 13 Trustee, and counsel for Mr. Markuski appeared at the hearing at which the court considered the Objection, the Response to Objection to Proof of Claim [Docket No. 67] filed by Mr. Markuski, and the arguments of the parties. For the reasons stated on the record following the hearing, the court determined that the Objection should be overruled as hereinafter provided. Accordingly, it is, by the United States Bankruptcy Court for the District of Maryland, sitting at Baltimore,

- 2 -

ORDERED, that the Objection should be, and it hereby is, OVERRULED; and it is further,

ORDERED, that the proof of claim of V. Peter Markuski, Jr. docketed as Claim No. 4 should be, and it hereby is, ALLOWED as a claim for a domestic support obligation entitled to priority under 11 U.S.C. § 507(a)(1); and it is further,

ORDERED, that V. Peter Markuski, Jr. shall amend Claim No. 4 within thirty (30) days after entry of an order by the Circuit Court for Howard County, Maryland consistent with this court's Order Granting Motion for Relief from Stay [Docket No. 77] that determines the amount of the attorney's fees to be awarded to Mr. Markuski as Best Interest Attorney on behalf of Mr. McNeil's minor children for the period November 1, 2011 through the filing of this bankruptcy proceeding on May 10, 2012; and it is further,

ORDERED, that entry of this order is without prejudice to renewal of the objection to Claim No. 4 in the event (i) Mr. Markuski does not file an amended proof of claim as provided above, or (ii) after such amended proof of claim is filed, the order awarding such fees to Mr. Markuski is modified by the Circuit Court for Howard County, Maryland or on appeal by the Court of Special Appeals of Maryland or the Court of Appeals of Maryland.

cc:   Michael A. McNeil
      Jeffrey W. Bernstein, Esq.
      Chapter 13 Trustee
      U.S. Trustee

**End of Order**