

DAVID E. RICE
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MICHAEL ALLAN McNEIL, | ) | Case No. 12-18903-DER |
| | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

ORDER GRANTING MOTION FOR
RECONSIDERATION OF ORDER
ON DEBTOR'S OBJECTION TO CLAIM NO. 2

By his Motion to Reconsider filed October 9, 2012 [Docket No. 107], Michael A. McNeil (who is the debtor and represents himself in this case) requests this Court to reconsider its Order on Debtor's Objection to Claim No. 2 entered September 28, 2012 [Docket No. 91].

As Mr. McNeil correctly points out, in that Order the Court did not take into account that pursuant to the Court's direction [Docket No. 41] he served his Objection to Claim on Debra Wall, the person who signed the proof of claim in question on behalf of FIA Card Services, NA ("FIA") [Docket No. 45]. Nothing in the record, however, indicates that the debtor cured the other deficiency noted in the court's direction by serving the Objection to Claim on an officer or

other agent of FIA as required by Rules 9014 and 7004(b) of the Federal Rules of Bankruptcy Procedure.

For the above reasons, Mr. McNeil's motion should be granted, the September 28, 2012 order should be vacated, and an amended order should be entered.

Accordingly, it is by the United States Bankruptcy Court for the District of Maryland, sitting at Baltimore,

ORDERED, that the Motion to Reconsider [Docket No. 107] should be, and it hereby is, GRANTED; and it is further,

ORDERED, that the Order on Debtor's Objection to Claim No. 2 [Docket No. 91] should be, and it hereby is, VACATED.

cc:    Michael A. McNeil
       FIA Card Services, N.A.
       Chapter 13 Trustee
       U.S. Trustee

**End of Order**