**SO ORDERED**



DAVID E. RICE
U.S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| IN RE: | : | |
|    MICHAEL ALLAN MCNEIL | : | Case No. 12-18903 |
|    Debtor | : | Chapter 13 – Judge Rice |
| V. PETER MARKUSKI, JR. | : | |
|    Movant | : | |
| v. | : | |
| MICHAEL ALLAN MCNEIL | : | |
|    Respondent | : | |
|    and | : | |
| NANCY SPENCER GRIGSBY, Trustee | : | |

**ORDER TERMINATING AUTOMATIC STAY TO AUTHORIZE THE MARYLAND STATE AND APPELLATE COURTS TO ADJUDICATE MOVANT'S PETITIONS FOR ATTORNEY'S FEES**

Upon consideration of the Motion for Relief from Automatic Stay to Authorize the

Maryland State Courts to Adjudicate Movant's Petitions for Attorney's Fees (Docket No. 109),

-1-

and the Opposition filed by the Debtor (Docket No. 136), notice having duly been given, and for the reasons stated on the record at the hearing held on November 5, 2012, at which the Debtor did not appear, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the automatic stay under 11 U.S.C. §362(a) is hereby MODIFIED to the limited extent necessary to permit the State Courts of Maryland to adjudicate all appeals and matters (including entry of orders, mandates, and awards) relating to and arising from all current, past, and future petitions for attorney's fees filed by V. Peter Markuski, Jr., in this capacity as Best Interest Attorney in the case of *McNeil v. McNeil*, Circuit Court for Howard County Case No. 13-C-08-075254, and it is

FURTHER ORDERED, that to the extent the Circuit Court for Howard County, Maryland, awards such fees, enforcement of the awards against Michael Allan McNeil or his bankruptcy estate shall be subject to the automatic stay and further Order of this Court.

Copies to:

Jeffrey W. Bernstein, Esquire
Goozman, Bernstein & Markuski
9101 Cherry Lane, Suite 207
Laurel, MD  20708

Michael A. McNeil
7014 Gentle Shade Road
Apartment 402
Columbia, MD  21046

Nancy Spencer Grigsby, Trustee
4201 Mitchellville Road, Suite 401
Bowie, MD 20716

-END OF ORDER-