**SO ORDERED**



DAVID E. RICE
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (at Baltimore)

| | | |
|---|---|---|
| In re: | * | |
| Michael Allan McNeil, | * | Case No. 12-18903-DER |
| Debtor. | * | Chapter 13 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER SUSTAINING IN PART AND DENYING IN PART OBJECTION TO CLAIM NUMBER 6 OF SARAH McNEIL

The Objection to Claim No. 6 [Docket No. 81] and the Response thereto [Docket No. 128] having come before the court for a hearing on November 7, 2012, and (i) the court having found that Claim No. 6 in the amount of $15,634.72 should be allowed as a domestic support obligation entitled to priority under 11 U.S.C. § 507(a)(1) to the extent it represents pre-petition alimony, (ii) the court having also found that the amount of the claim representing the monetary award is allowed in the amount filed subject to a determination by the Circuit Court for Howard County, Maryland (the "Circuit Court") on Sarah McNeil's pending Motion for Clarification, and (iii) that the determination of whether the monetary award is entitled to priority

status as a domestic support obligation should be reserved pending receipt of legal memoranda by the parties, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Objection to Claim No. 6 is OVERRULED IN PART and SUSTAINED IN PART and Claim No. 6 is ALLOWED as a domestic support obligation entitled to priority status under 11 U.S.C. § 507(a)(1) in the amount of $15,634.72 for pre-petition alimony to be paid to the creditor, Sarah McNeil, to and through the Department of Human Resources Office of Child Support Enforcement; and it is further,

ORDERED, that the remainder of the claim for the monetary award by the Circuit Court is ALLOWED, subject to a determination by the Circuit Court on Sarah McNeil's pending Motion for Clarification; and it is further,

ORDERED, that the determination by this court as to whether the amounts included in Claim No. 6 representing the monetary award of the Circuit Court are entitled to priority status under 11 U.S.C. § 507(a)(1) shall be reserved pending receipt of legal memoranda; and it is further,

ORDERED, that the creditor shall file a legal memorandum regarding whether the Circuit Court's monetary award is entitled to priority status under 11 U.S.C. § 507(a)(1) as a domestic support obligation no later than November 26, 2012; and it is further,

ORDERED, that the debtor shall file a legal memorandum in response no later than December 11, 2012.

cc: Debtor
  Creditor-Sarah McNeil
  Creditor's Counsel-Cary Jacobson, Esq.
  U.S. Trustee
  Chapter 13 Trustee-Nancy Spencer Grigsby, Esq.

**END OF ORDER**