**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**
at Baltimore

Date: 11/19/12

In re:   Case No.: 12–18903 DER    Chapter: 13

Michael Allan McNeil
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT: 165 – Notice of Appeal to District Court Filed by Michael Allan McNeil. (related document(s)84 Order Denying Confirmation of Chapter 13 Plan with Leave to Amend, 85 Order Overruling Objection To Claim No. 3 Filed by V. Peter Markuski, Jr.). Appellant Designation due by 12/3/2012. (Neal, Phaedra)

PROBLEM: The filing fee of $298 for the notice of appeal was not paid.

CURE: The filing fee must be paid by the cure date shown below.

If you are an attorney: Login to CM/ECF, click Bankruptcy, choose Miscellaneous, type the case number & click Next. Choose Filing Fee – Generic & click Next. Select the party & click Next. Review the screen & click Next. Type the case administrator's name from the bottom of the deficiency notice & click Next. Check the checkbox for refer to existing event & click Next. Select all categories & click Next. Select the document for which the fee was originally due. Enter the whole dollar amount only with no symbols & click Next. Verify the Final Docket Text & click Next. You will then be prompted to pay by credit card.

If you are not represented by an attorney: The filing fee must be paid in cash, by money order or certified check for this amount made payable to Clerk, U.S. Bankruptcy Court. This payment may be submitted by mail or in person at the Clerk's Office in one of the following locations:

U.S. Bankruptcy Court
Garmatz Federal Courthouse
101 W. Lombard Street, Suite 8530
Baltimore, MD 21201

U.S. Bankruptcy Court
U.S. Courthouse
6500 Cherrywood Lane, Suite 300
Greenbelt, MD 20770

CONSEQUENCE: If the problem(s) is/are not cured by the date below, the pleading will be STRICKEN from the record.

**All deficiencies must be cured by 12/3/12.**

**Additional information for non−attorney filers is available at
http://www.mdb.uscourts.gov/content/after−filing**

Mark D. Sammons, Clerk of Court
by Deputy Clerk, Phaedra Neal  301–344–3371

cc:  Debtor(s)
     Attorney for Debtor(s) – PRO SE

Form defntc (01/06)