IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

RE: MICHAEL ALLAN MCNEIL   *   Case No. 12-18903 DER

Debtor/Appellant   *   Chapter 13

  *

  *

## APPELLANT'S STATEMENT OF ISSUES
## AND
## DESIGNATION OF THE RECORD

**COMES NOW,** Michael A. McNeil, the Appellant who after filing notice of appeal from an orders of the Bankruptcy court denying my Objection to Claim (ECF 85) which lead to the court denying my Amended Chapter 13 Bankruptcy plan (ECF 84). Of which afterward I asked the court reconsider it's decision and the court denied my motion for reconsider also on November 11, 2012. (ECF 143) Wherefore, the Appellant now hereby sets forth a statement of the issues and designates the following to be included into the records, of which the Appellant is attaching the document he so designates.

### STATEMENT OF ISSUES

**Issue #1:** Did the Court error when it overruled the Appellant's Objection to V. Peter Markuski claim, whereas the Appellant was Objecting to the fact that V. Peter Markuski was claiming priority status as a domestic support order?

**Issue #2:** Did the Court error when it determined that V. Peter Markuski claims were based off domestic support orders giving it priority status and not

dischargable without an Adversary Proceeding to make this determination?

**Issue #4**:  Did the Court error when it determined that that Stephen Drazin's claim was a domestic support order  priority claim prior to hearing the Appellant's pending objection to claim?

**Issue #5:**  Did the Court error when it determined that Stephen Drazin's claim was a domestic support order priority claim and not dischargable without an Adversary Proceeding to make this determination?

**Issue #6:**  Did the Court error when it denied the Appellant's Amended Chapter 13 plan on the basis that it did not pay  100% of V. Peter Markuski's  and Stephen Drazin's claims?

## DESIGNATION OF THE RECORD

1. Objection to Proof of Claim filed on July 31, 2012 (Document 40)
2. Response to Objection to Proof of Claim filed on August 16, 2012 (Document 46)
3. Exhibit 1 filed on August 16, 2012 (Document 46-1)
4. Exhibit 4 filed on August 16, 2012 (Document 46-4)
5. Order on Objection to Claim filed on September 27, 2012 (Document 85)
6. Objection to Proof of Claim filed on September 4, 2012 (Document 61)
7. Response to Objection to Proof of Claim filed on September 13, 2012 (Document 67)
8. Order on Objection to Claim filed on September 27, 2012 (Document 90)
9. Amended Chapter 13 Plan filed August 23, 2012 (Document 56)
10. Memorandum of Law In Support of Confirmation of Debtor's Amended Chapter

13 Plan, filed on September 18, 2012 (Document 75)

11. Order Denying Confirmation of Chapter 13 Plan with Leave to Amend filed on September 26, 2012 (Document 84)

12. Motion to Reconsider filed on October 9, 2012 (Document 105)

13. Memorandum of Law In Support of Motion To Reconsider filed on October 9, 2012 (Document 105-1)

14. Exhibits 1-2 attached to Memorandum of Law In Support of Motion To Reconsider filed on October 9, 2012 (Document 105-2)

15. Exhibit 3 attached to Memorandum of Law In Support of Motion To Reconsider filed on October 9, 2012 (Document 105-3)

16. Order on Motion To Reconsider filed on November 11, 2012 (Document 143)

17. Notice of Appeal filed on November 19, 2012 (Document 165)

18. Transcript For September 25, 2012 Hearing (Appellant Certifies that the Transcripts have been ordered and paid for prior to this filing and will file transcripts and forward copies to Appellee's once he receives them.)

Michael A. McNeil "Pro Se"
7014 Gentle Shade Road
Apartment 402
Columbia, MD 21046
(410) 505-8617
mamcneil@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was served via first class mail, postage prepaid on November 29, 2012 to:

**Nancy Spencer Grigsby**
4201 Mitchellville Rd. Ste 401
Bowie, MD 20716
(Chapter 13 Trustee)

**Office of The United States Trustee**
101 West Lombard Street
Suite 2625
Baltimore, MD 21201

**Randa S. Azzam**
Samuel I. White, P.C.
913 King St.
Alexandria, VA 22314
(Representing JPMorgan)

Belli, Weil & Grozbean, PC
c/o Henry E Weil, Esq.
111 Rockville Pike, Suite 980
Rockville, MD 20850

**Jeffrey Wayne Bernstein**
Goozman, Bernstein, et al.
9101 Cherry Lane
Suite 207
Laurel, MD 20708
(Representing V. Peter Markcuski)

Cary C Jacobson
THE DRAZIN LAW CENTER, PA
10420 Little Patuxent Parkway
Suite 100
Columbia, MD 21044
(Representing Sarah P. McNeil and Stephen Drazin)

*[signature]*

Michael A. McNeil "Pro Se"
7014 Gentle Shade Road
Apartment 402
Columbia, MD 21046
(410) 505-8617
mamcneil@gmail.com