IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division



RE: MICHAEL ALLAN MCNEIL          *   Case No. 12-18903 DER

Debtor                             *   Chapter 13

_____ *

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Now Comes the the Debtor/Appellant and hereby requests leave, pursuant to 28 U.S.C. §1915, to proceed "in forma pauperis" and states the following

1. This court has authority to grant the Debtor/Appellant motions per 28 USC § 1915(a)(1) in that "any court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor. Such affidavit shall state the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress."

2. The United States Bankruptcy Court For the District of Maryland is a court of the United States and therefore has the authority to authorize the commencement of the Debtor/Appellant's appeal without prepayment of fees or security.

3. However, the Debtor/Appellant realizes that there are differing opinions in various courts as whether or not a Bankruptcy Court is or is not a Court of the United States and if this

court should determine that it is not a Court of The United States, then the Debtor/Appellant would ask that this motion be forward to the United States District Court For Maryland.

4. On November 19, 2012, (ECF 165) the Debtor/Appellant gave notice of appeal and on November 29, 2012, he designated the record and gave the following statement of issues (ECF 177):

> **Issue #1:** Did the Court error when it overruled the Appellant's Objection to V. Peter Markuski claim, whereas the Appellant was Objecting to the fact that V. Peter Markuski was claiming priority status as a domestic support order?
>
> **Issue #2:** Did the Court error when it determined that V. Peter Markuski claims were based off domestic support orders giving it priority status and not dischargable without an Adversary Proceeding to make this determination?
>
> **Issue #4:** Did the Court error when it determined that that Stephen Drazin's claim was a domestic support order priority claim prior to hearing the Appellant's pending objection to claim?
>
> **Issue #5:** Did the Court error when it determined that Stephen Drazin's claim was a domestic support order priority claim and not dischargable without an Adversary Proceeding to make this determination?
>
> **Issue #6:** Did the Court error when it denied the Appellant's Amended Chapter 13 plan on the basis that it did not pay 100% of V. Peter Markuski's and Stephen Drazin's claims?

5. On November 29, 2012, the Debtor/Appellant filed Notice of Appeal (ECF 179). The Statement of issues for this appeal has yet to be filed.

6. The Debtor/Appellant is now declaring the Statement of Issues For the Appeal noted on November 29, 2012 to be as follows:

   **ISSUE #1: Did the court error when it failed to sustain the Appellant's objection to Stephen Drazin Esquire's Claim?**

   **ISSUE #2: Did the court error when it determined that Stephen Drazin Equire's Claim was a Domestic Support Order giving it priority status?**

   **ISSUE #3: Did the court error when it determined that Stephen Drazin Equire's Claim was a Domestic Support Order without an adversary proceeding?**

7. Please note, the Debtor/Appellant was unable to locate a form the required information that this court should use to evaluated his request, and therefore has taken the questions from the District Courts long form with answers and has included them in his AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO PROCEED which is attached.

Wherefore, the Debtor/Appellant ask this court to grant his motion to proceed "in forma pauperis" and waive the requirement for payment of fees for his appeals or if this court finds that it does not have authority to waive such fees, that his court would forward the Debtor/Appellant's request to the District Court so that they may grant his motion to proceed "in forma pauperis".

*[signature]*
Michael A. McNeil "Pro Se"
7014 Gentle Shade Road
Apartment 402
Columbia, MD 21046
(410) 505-8617
mamcneil@gmail.com

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 3rd day of December, 2012 I mailed a copy of the of the aforementioned via First Class, United States Mail, postage fully prepaid to the following:

Nancy Spencer Grigsby
4201 Mitchellville Rd Suite 401
Bowie, MD 20716

*[signature]*

Michael A. McNeil "Pro Se"
7014 Gentle Shade Road
Apartment 402
Columbia, MD 21046
(410) 505-8617
mamcneil@gmail.com

FILED
DEC 3 2012
U.S. BANKRUPTCY COURT