| | | |
|---|---|---|
| Belli, Weil & Grozbean, P.C.<br>c/o Henry E. Weil, Esq.<br>111 Rockville Pike, Suite 980<br>Rockville, MD 20850-5134 | Martin Slutsky & Associates<br>c/o Timothy J. Mummert<br>808 Landmark Drive, Ste. 223A<br>Glen Burnie, MD 21061-4985 | Adam R. McNeil<br>4721 Middle Court<br>Ellicott City, MD 21043-6412 |
| American Express<br>P.O. Box 981537<br>El Paso, TX 79998-1537 | Bank of America<br>P.O. Box 17054<br>Wilmington, DE 19850-7054 | Chase<br>P.O. Box 24696<br>Columbus, OH 43224-0696 |
| Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201-2305 | DMV Adjudication Services<br>PU Box 2014<br>Washington, DC 20013 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 |
| Henry E. Weil<br>Belli, Weil & Grozbean, P.C.<br>111 Rockville Pike, Suite 980<br>Rockville, MD 20850-5134 | Howard County General Hospital<br>5755 Cedar Lane<br>Columbia, MD 21044-2999 | Humanium, Inc<br>6355 Woodside Court<br>Columbia, MD 21046-1071 |
| JPMorgan Chase Bank, NA<br>3415 Vision Drive<br>Mail Code: OH4-7142<br>Columbus, OH 43219-6009 | Johns Hopkins Bayview Medical Center<br>Keswick Road, Suite S-S 100<br>Baltimore, MD 21211 | Johns Hopkins University<br>Clinical Practice Association<br>1800 Orleans St<br>Baltimore, MD 21287-0010 |
| Kaiser Permanente<br>Member Services Correspondence Unit<br>2101 East Jefferson Street<br>Rockville, MD 20852-4908 | Maryland Child Support Enforcement<br>311 W. Saratoga Street<br>Baltimore, MD 21201-3500 | Office of Law<br>Howard County, Maryland<br>3430 Courthouse Drive<br>Ellicott City, MD 21043-4300 |
| Sarah P. McNeil<br>4721 Middle Court<br>Ellicott City, MD 21043-6412 | Severna Park Evangelical Presbyterian<br>110 Ritchie Highway<br>Pasadena, MD 21122-4304 | State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2201 |
| Stephen A. Drazin, Esq.<br>The Drazin Law Center, P.A.<br>10420 Little Patuxent Parkway, Suite 100<br>Columbia, MD 21044-3501 | TGM Stonehaven<br>7030 Gentle Shade Rd<br>Columbia, MD 21046-1504 | Tammy E. Preuett<br>6316 Arbor Way<br>Elkridge, MD 21075-6878 |
| The Columbia Bank<br>10480 Little Patuxent Pkwy<br>Columbia, MD 21044-3523 | The Johns Hopkins Hospital<br>1800 Orleans St<br>Baltimore, MD 21287-0010 | University of Maryland Medical System<br>22 S. Greene Street<br>Baltimore, MD 21201-1590 |
| V. Peter Markuski, Jr., Esq.<br>Goozman, Bernstein & Markuski<br>9101 Cherry Lane<br>Laurel, MD 20708-1147 | Verizon Wireless<br>20 Alexander Drive<br>P0 BOX 5029<br>Wallinglord, CT 06492-7529 | Michael Allan McNeil<br>7014 Gentle Shade Road Aptment 402<br>Columbia, MD 21046-3618 |

Sarah P. McNeil
4721 Middle Court
Ellicott City, MD 21043-6412