IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:                                               *

MICHAEL ALLAN MCNEIL                 *        Case No.: 12-18903 DER

    Debtor                                       *        Chapter 7

*   *   *   *   *   *   *   *   *   *   *   *   *

### SECOND NOTICE OF ABANDONMENT

Pursuant to 11 U.S.C. § 554 and Bankruptcy Rule 6007, notice is hereby given that the Chapter 7 Trustee, Brian A. Goldman, by his undersigned counsel, intends to abandon the bankruptcy estate's interest in real property located at 4721 Middle Court, Ellicott City, Maryland 21043, as well as the personal property described in the Amended Schedule B as: Cash - 7014 Gentle Shade Road, Cash Bank of America (Cash Fidelity), Laptop, Couch Set, Kitchen Table, Desk, 3 Beds, TV, 2 Printers, Pots, Pans, Dishes, 3 White House Christmas Cards, Various Clothing, Camera, 401K (Fidelity), IRA (IRA Resources), Remus Capital, LLC, 2007 Honda Civic, 2000 Honda Odyssey Van, Multiple Pending Personal Injury Claims in Federal and State Courts (collectively, the Property").1

The Property is either encumbered and its value does not exceed the encumbrance, or has no value whatsoever. The Property will be abandoned because it is a burden to the estate and/or are of inconsequential value and benefit to the estate.

Creditors or other parties in interest wishing to oppose the abandonment must file such an objection, stating specifically the factual and legal grounds therefore and must do so in writing and in accordance with the United States Bankruptcy Code and the Local Rules. All objections should be filed with the Clerk, United States Bankruptcy Court for the District of Maryland, 101 West

---

1 This abandonment expressly does not include the claim for professional malpractice against Defendants, Henry E. Weil and Belli, Weil & Grozbean, P.C., the subject of which is the Trustee's Motion for Compromise of Controversy (Doc.

155863/15432.101                                       1

Lombard Street, Baltimore, Maryland 21201, with a copy mailed to the undersigned. A copy of any objection should also be mailed to the U.S. Trustee, Office of the United States Trustee, 101 W. Lombard St., Suite 2625, Baltimore, Maryland 21201. All objections must state the facts and legal grounds upon which they are based and must be filed and served within FOURTEEN (14) days of the date of this Notice.

Furthermore, this proposed action may be authorized without further order or notice if no timely objection is filed; that the Court in its discretion, may conduct a hearing or determine the matter without a hearing regardless of whether an objection is filed; that an objection must state the facts and legal grounds on which the objection is based; and, the name of the party giving notice or its attorney, together with the address and telephone number of the party to be contacted if parties in interest having questions regarding the subject of the notice.

Creditors desiring further information should communicate immediately with the undersigned.

Dated: March 22, 2013               Respectfully submitted,

                                                          /s/ Evan M. Goldman
                                                          Evan M. Goldman
                                                          Federal Bar No.: 27311
                                                          Mark Edelson
                                                          Federal Bar No.: 29433
                                                          Goldman & Goldman, P.A.
                                                          Foxleigh Building
                                                          2330 West Joppa Road, Suite 300
                                                          Lutherville, Maryland 21093
                                                          emg@goldmangoldman.com
                                                          (410) 296-0888

                                                          Attorneys for Chapter 7 Trustee

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 22nd day of March, 2013, a copy of the foregoing Second Notice of Abandonment was transmitted electronically via the Court's CM/ECF system, or via first class mail, postage prepaid to all creditors listed on the attached Creditor Mailing Matrix and to:

Office of the U.S. Trustee
Garmatz Courthouse
101 West Lombard Street, Suite 2625
Baltimore, Maryland 21201

Michael Allan McNeil
7014 Gentle Shade Road, Apartment 402
Columbia, Maryland 21046

/s/ Evan M. Goldman_____
Evan M. Goldman