UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MARYLAND

AT GREENBELT

| | | |
|---|---|---|
| IN RE   Michael McNeil | * | Case No. 12-18903  DER |
| Debtor | | Chapter 13 |
| | * | |
| Sarah McNeil | | |
| Creditor | | |
| vs. | * | |
| Michael McNeil | | |
| Debtor | * | |

## OBJECTION TO NOTICE OF INTENT TO ABANDON PROPERTY LOCATED AT 4721 MIDDLE COURT ELLICOTT CITY , MARYLAND

Comes now, Sarah McNeil, Creditor, in response to the Intent to Abandon the Property located at 4721 Middle Court.

1. On May 10, 2012, the Debtor filed his petition for bankruptcy under Chapter 13.

2. On January 22, 2013, this court granted a motion to convert the Debtor's Chapter 13 to Chapter 7.

3. On January 28, 2013, the Howard County Circuit Court granted this Creditors Motion for Clarifying Order to Allow Refinance of the marital property located at 4721 Middle Court.  This Order has not yet been signed by the Honorable Judge Becker of Howard County.

4. If this Creditor is unable to refinance the property located at 4721 Middle Court, the property is ordered to be sold in December 27, 2013, and the Debtor will receive funds exceeding $120,000.00 at this time.  This would be of considerable value to the Debtor's estate and of value to the Creditors.

5. On March 14, 2013, the Debtor filed a Motion to Compel the Trustee to Abandon Property, or in the Alternative, to Compel Trustee to Administer Property.  The Debtor also sent a Notice to Creditors and Other Interested Parties to inform his creditors of his intent.  The Debtor stated to respond to his motion by April 15, 2013.

6. On April 9, 2013, this Creditor wrote an Objection to the Motion to Compel the Trustee, but this was not filed because on the same day, this court denied the Motion to Compel the Trustee.  And evidently, the Intent to abandon has already been approved.

7. This seriously jeopardies this Creditor, as she thought she had until April 15 to object to the Debtor's Motion to Compel as stated by the Debtor's Notice to the Creditors.

8. This Creditor is not a lawyer, and does not have any schooling or knowledge in law and thought she was acting accordingly.

9. Due to this situation, if this Creditor is not able to refinance the marital property, then she will not only loose her only funds from the Marital Divorce (granted on grounds of cruel and vicious conduct of the Debtor), but the Debtor will pocket over $120,000.00 and keep all of the marital savings (retirement).

WHEREFORE, this creditor, Sarah McNeil, asks this court to reconsider the Intent of Abandonment of the marital property located at 4721 Middle Court Ellicott City, Maryland, if Sarah McNeil is not able to obtain a refinance of the property in her name.

*Sarah McNeil*

Sarah McNeil

4721 Middle Court

Ellicott City, MD  21043

# CERTIFICATE OF SERVICE

I hereby certify that on this __10th__ day of April, 2013, I mailed a copy of the foregoing, first class, postage pre-paid to the following:

Michael McNeil

7014 Gentle Shade Road, Apt. 402

Columbia, MD  20146


Brian A. Goldman

Goldman & Goldman, P.A.

Foxleigh Building

2330 West Joppa Road, Suite 300

Lutherville, MD  21093


Office of the United States Trustee

101 West Lombard Street

Suite 2625

Baltimore, MD  21201


_Sarah P. McNeil_

Sarah P. McNeil

Creditor

4721 Middle Court

Ellicott City, MD  21013