```
                         United States Bankruptcy Court
                              District of Maryland
In re:                                                        Case No. 12-18903-DER
Michael Allan McNeil                                          Chapter 7
        Debtor              CERTIFICATE OF NOTICE
District/off: 0416-1           User: cmartin              Page 1 of 2                  Date Rcvd: Apr 12, 2013
                               Form ID: ntchrgb2          Total Noticed: 5


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 14, 2013.
db           +Michael Allan McNeil,    7014 Gentle Shade Road Aptment 402,    Columbia, MD 21046-3618
cr           +Belli, Weil & Grozbean, P.C.,    c/o Henry E. Weil, Esq.,   111 Rockville Pike, Suite 980,
               Rockville, MD 20850-5134
             +James Dickerman, Esquire,    John R. Roche, Esquire,   Lauren E. Marini, Esquire,
               Eccleston and Wolf, P. C.,    7240 Parkway Drive, Fourth Floor,    Hanover, Maryland 21076-1310
cr           +Sarah P. McNeil,   4721 Middle Court,    Ellicott City, MD 21043-6412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
intp         +E-mail/Text: ustpregion04.ba.ecf@usdoj.gov Apr 12 2013 19:44:53      U.S. Trustee's Office,
               101 W. Lombard St.,   Suite 2625,   Baltimore, MD 21201-2668
                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 14, 2013**               Signature:  *Joseph Speetjens*

```
District/off: 0416-1          User: cmartin               Page 2 of 2               Date Rcvd: Apr 12, 2013
                              Form ID: ntchrgb2           Total Noticed: 5
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2013 at the address(es) listed below:

        Brian A. Goldman    emg@goldmangoldman.com, MD01@ecfcbis.com,ams@goldmangoldman.com,
         bfb@goldmangoldman.com,medelson@goldmangoldman.com,snl@goldmangoldman.com
        Cary C Jacobson    on behalf of Creditor Sarah McNeil   CJacobson@Drazinlaw.com,
         Stephen.Drazin@DrazinLaw.com
        David C. Barclay    on behalf of Creditor  JPMorgan Chase Bank, National Association
         dcb@simcoxandbarclay.com,   jss@simcoxandbarclay.com
        Evan M. Goldman    on behalf of Trustee Brian Goldman   emg@goldmangoldman.com,
         ams@goldmangoldman.com,bfb@goldmangoldman.com,medelson@goldmangoldman.com,snl@goldmangoldman.com
        Hugh Scott Curtis    on behalf of Interested Party Margaret Rappaport   hcurtis@oag.state.md.us
        Jeffrey Wayne Bernstein    on behalf of Creditor V. Markuski   jwbernstein@gbmlawfirm.com,
         Sandrews@gbmlawfirm.com
        Larry L. Puckett    on behalf of Defendant  Belli, Weil & Grozbeen, P.C.   LarryLPuckett@yahoo.com
        Timothy J Mummert    on behalf of Interested Party  Martin Slutsky & Associates
         mummertecf@gmail.com

                                                                                                                   TOTAL: 8

Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT
District of Maryland

Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

---

Bankruptcy Proceeding No.:  12–18903
Judge:  David E. Rice

In Re:     Michael Allan McNeil
           Debtor(s)

---

PLEASE TAKE NOTICE that a hearing will be held

at 101 W. Lombard Street, Courtroom 9–D, Baltimore, MD 21201

on 5/1/13 at 02:00 PM

to consider and act upon the following:

264 – Application to Compromise Controversy with Defendants, Henry E. Weil and Belli, Weil & Grozbean, P.C., Filed by Brian A. Goldman. (Attachments: # (1) Proposed Order # (2) Notice of Motion # (3) List of All Creditors) (Goldman, Evan)

265 – SECOND Notice of Intent to Abandon Property identified as Personal Property, Filed by Brian A. Goldman. (Attachments: # (1) List of All Creditors) (Goldman, Evan)

275 – Objection Filed by Sarah P. McNeil (related document(s): 265 SECOND Notice of Intent to Abandon Property identified as Personal Property, Filed by Brian A. Goldman). (Neal, Phaedra)

276 – Objection Filed by Michael Allan McNeil (related document(s): 264 Application to Compromise Controversy with Defendants, Henry E. Weil and Belli, Weil & Grozbean, P.C., Filed by Brian A. Goldman). (Attachments: # (1) Memorandum of Law In Support) (Neal, Phaedra)

---

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

---

Dated: 4/12/13

Mark D. Sammons, Clerk of Court
by Deputy Clerk, Cherita Martin
410–962–7769