_____  DER          ✓ RETAIN

**David E. Rice , U. S. BANKRUPTCY JUDGE**          Evidentiary Hrg: Y/N
                                                    Exhibits Filed: Y/N

PROCEEDING MEMO - CHAPTER 7

Date: 05/01/2013 Time: 02:00

**CASE: 12-18903 Michael Allan McNeil**

PRO SE Michael Allan McNeil ✓ (Debtor)

representing Evan M. Goldman and Mark Edelson ✓ Brian A. Goldman (Trustee)

[285] Response on behalf of Brian A. Goldman Filed by Mark Edelson (related document(s) 276 Objection filed by Debtor Michael Allan McNeil).

[287] Motion Strike Objection to Second Notice of Intent to Abandon Property or in the Alternative, in Opposition to the Objection, Filed by Michael Allan McNeil (related document:s1 Memorandum of Law In Support)

**MOVANT** : Michael McNeil (no aty)                RICHARD BERWANGER

[264] Application to Compromise Controversy with Defendants, Henry E. Weil and Belli, Weil &Grozbean, P.C., Filed by Brian A. Goldman. (Attachments: # (1) Proposed Order # (2) Notice of Motion # (3) List of All Creditors)

**MOVANT** : Brian Goldman BY E Goldman M Edelson

[265] SECOND Notice of Intent to Abandon Property identified as Personal Property, Filed by Brian A. Goldman. (Attachments: # (1) List of All Creditors)

**MOVANT** : Brian Goldman BY E Goldman M Edelson

[275] Objection Filed by Sarah P. McNeil (related document(s):s265</a> SECOND Notice of Intent to Abandon Property identified as Personal Property, Filed by Brian A. Goldman).

**MOVANT** : Sarah McNeil ✓ BY C Jacobson

[276] Objection Filed by Michael Allan McNeil (related document(s):s264 Application to Compromise Controversy with Defendants, Henry E. Weil and Belli, Weil & Grozbean, P.C., Filed by Brian A. Goldman). (Attachments: # (1) Memorandum of Law In Support)

**MOVANT** : Michael McNeil (no aty)

DISPOSITIONS:

   Granted____  Denied____  Withdrawn____  Consent____  Default___  Under Adv.____

Moot_____   Dismissed_____   Overruled_____   Sustained_____   O.T.J. Fee_____

Continued to: _____

DECISION:

[ ] Signed by Court              [ ] Filed by Counsel
[ ] To be prepared by:
      [ ] Movant's counsel        [ ] Court
      [ ] Respondent's counsel    [ ] Other _____

NOTES:

[287] - GRANTED / OBJECTION [275] WAS UNTIMELY
        NOTICE OF ABANDONMENT [265] IS EFFECTIVE

[264] - DENIED
        OBJECTION [276] SUSTAINED BECAUSE TRUSTEE
        DID NOT MEET BURDEN OF PROOF