# EXHIBIT A

Circuit Court of Maryland

Go Back

## Case Information

Court System: **Circuit Court for Howard County - Civil System**
Case Number: **13C12091223**
Title: **McNeil vs Weil, et al**
Case Type: **Other Tort**  Filing Date: **06/20/2012**
Case Status: **Open/Active**

## Plaintiff/Petitioner Information

*(Each Plaintiff/Petitioner is displayed below)*
Party Type: **Plaintiff**  Party No.: **1**
Name: **McNeil, Michael A**
Address: **7014 Gentle Shade Road**
City: **Columbia**  State: **MD**  Zip Code: **21046**

## Defendant/Respondent Information

*(Each Defendant/Respondent is displayed below)*
Party Type: **Defendant**  Party No.: **1**
Name: **Weil, Henry E**
Address: **Belli, Weil & Grozbeen, PC**
City: **Rockville**  State: **MD**  Zip Code: **20850**
*Attorney(s) for the Defendant/Respondent*
Name: **Dickerman, Esq, James E**
Appearance Date: **07/26/2012**
Practice Name: **Eccleston & Wolf, P. C.**
Address: **Balto-Wash Law Center**
**7240 Parkway Dr, 4th FL**
City: **Hanover**  State: **MD**  Zip Code: **21076**
Name: **Puckett, Jr, Larry L**
Appearance Date: **08/29/2012**
Removal Date: **11/30/2012**
Practice Name: **Eccleston & Wolf, P.C.**
Address: **Bal-Wash Law Center**
**7240 Parkway Dr, 4th Fl**
City: **Hanover**  State: **MD**  Zip Code: **21076**
Name: **Roche, Esq, John R**
Appearance Date: **12/21/2012**
Practice Name: **Eccleston And Wolfe, P.C.**
Address: **7240 Parkway Dr 4th FL**
City: **Hanover**  State: **MD**  Zip Code: **21076**

Party Type: **Defendant**  Party No.: **2**
Business or
Organization Name: **Belli Weil & Grozbeen PC**
Address: **111 Rockville Pike**

City: **Rockville**  State: **MD**  Zip Code: **20850**
**Attorney(s) for the Defendant/Respondent**
Name: **Dickerman, Esq, James E**
Appearance Date: **07/26/2012**
Practice Name: **Eccleston & Wolf, P. C.**
Address: **Balto-Wash Law Center**
**7240 Parkway Dr, 4th FL**
City: **Hanover**  State: **MD**  Zip Code: **21076**
Name: **Puckett, Jr, Larry L**
Appearance Date: **08/29/2012**
Removal Date: **11/30/2012**
Practice Name: **Eccleston & Wolf, P.C.**
Address: **Bal-Wash Law Center**
**7240 Parkway Dr, 4th Fl**
City: **Hanover**  State: **MD**  Zip Code: **21076**

## Court Scheduling Information

Event Type: **Motion Hearing (Civil)**  Notice Date: **08/23/2012**
Event Date: **09/10/2012**  Event Time: **08:30 AM**
Result: **Held/Concluded**  Result Date: **09/10/2012**

Event Type: **Motion Hearing (Civil)**  Notice Date: **12/03/2012**
Event Date: **01/03/2013**  Event Time: **08:30 AM**
Result: **Held/Concluded**  Result Date: **01/03/2013**

## Document Tracking

*(Each Document listed. Documents are listed in Document No./Sequence No. order)*
Doc No./Seq No.: **1/0**
File Date: **06/20/2012**  Close Date:    Decision:
Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Complaint**

Doc No./Seq No.: **2/0**
File Date: **06/20/2012**  Close Date: **06/26/2012**  Decision:
Party Type: **Defendant**  Party No.: **1**
Document Name: **Writ of Summons - Civil Issued**

Doc No./Seq No.: **3/0**
File Date: **06/20/2012**  Close Date: **06/26/2012**  Decision:
Party Type: **Defendant**  Party No.: **2**
Document Name: **Writ of Summons - Civil Issued**

Doc No./Seq No.: **4/0**
File Date: **06/20/2012**  Close Date: **06/26/2012**  Decision:
Document Name: **Scheduling Order**

Doc No./Seq No.: **5/0**
      File Date: **06/20/2012**  Close Date: **06/26/2012**  Decision:
Document Name: **Civil Non-Domestic Case Information Report Filed**


Doc No./Seq No.: **6/0**
      File Date: **06/20/2012**  Close Date:      Decision:
      Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Jury Trial Prayer**


Doc No./Seq No.: **7/0**
      File Date: **07/23/2012**  Close Date:      Decision:
      Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Amended Complaint and demand for jury trial**


Doc No./Seq No.: **8/0**
      File Date: **07/24/2012**  Close Date: **07/24/2012**  Decision:
      Party Type: **Defendant**  Party No.: **1**
Document Name: **Writ of Summons - Civil Issued**


Doc No./Seq No.: **9/0**
      File Date: **07/24/2012**  Close Date: **07/24/2012**  Decision:
      Party Type: **Defendant**  Party No.: **2**
Document Name: **Writ of Summons - Civil Issued**


Doc No./Seq No.: **10/0**
      File Date: **07/26/2012**  Close Date: **09/11/2012**  Decision: **Granted**
      Party Type: **Defendant**  Party No.: **1**
Document Name: **Motion to Stay this action until the U.S.Bankruptcy court for the district of MD
              issues a ruling on defendants' pending motion with respect to a related
              adversary proceeding filed by pltf
              Filed by DEF001-Weil, DEF002-Belli Weil & Grozbeen PC
              08/17/12, note from Judge McCrone, schedule for hearing.
              9/12/12 copies mailed**


Doc No./Seq No.: **10/1**
      File Date: **08/13/2012**  Close Date:      Decision:
      Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Opposition with Request for Hearing**


Doc No./Seq No.: **11/0**
      File Date: **08/13/2012**  Close Date: **11/16/2012**  Decision: **Denied**
Document Name: **Request for Order of Default
              11/16/12, copies mailed.
              12/06/12 copies mailed.**


Doc No./Seq No.: **11/1**
      File Date: **08/23/2012**  Close Date:      Decision:
      Party Type: **Defendant**  Party No.: **1**
Document Name: **Opposition to Motion
              Filed by DEF001-Weil, DEF002-Belli Weil & Grozbeen PC**

Doc No./Seq No.: **11/2**
    File Date: **10/11/2012**  Close Date:    Decision:
    Party Type: **Defendant**  Party No.: **1**
Document Name: **Opposition to request for default**
        **Filed by DEF001-Weil, DEF002-Belli Weil & Grozbeen PC**

Doc No./Seq No.: **12/0**
    File Date: **08/13/2012**  Close Date: **08/15/2012**  Decision:
    Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Non-Military Affidavit**

Doc No./Seq No.: **13/0**
    File Date: **08/13/2012**  Close Date: **11/01/2012**  Decision: **Denied**
    Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Request for Order of Default**
        **11/01/12 Copies mailed**
        **12/06/12 copies mailed**

Doc No./Seq No.: **13/1**
    File Date: **08/23/2012**  Close Date:    Decision:
Document Name: **Opposition to Motion**
        **Filed by Attorney: James E Dickerman Esq,James E Dickerman Esq**

Doc No./Seq No.: **13/2**
    File Date: **10/11/2012**  Close Date:    Decision:
    Party Type: **Defendant**  Party No.: **1**
Document Name: **Opposition to request for order of default**
        **Filed by DEF001-Weil, DEF002-Belli Weil & Grozbeen PC**

Doc No./Seq No.: **14/0**
    File Date: **08/13/2012**  Close Date: **08/15/2012**  Decision:
    Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Non-Military Affidavit**

Doc No./Seq No.: **15/0**
    File Date: **08/17/2012**  Close Date: **08/17/2012**  Decision:
Document Name: **Calendar Management Hearing Notice Issued**

Doc No./Seq No.: **16/0**
    File Date: **08/23/2012**  Close Date: **08/23/2012**  Decision:
Document Name: **Calendar Management Hearing Notice Issued**

Doc No./Seq No.: **17/0**
    File Date: **09/10/2012**  Close Date:    Decision:
Document Name: **Open Court Proceeding**
        **Hearing on Motion**
        **PLT's (McNeil) Oral Motion for Recusal: Granted**
        **Court (Judge L. Becker) recuses himself**

Doc No./Seq No.: **18/0**

|  |  |
|---|---|
| File Date: **09/10/2012**  Close Date: | Decision: |
| Document Name: **Open Court Proceeding** | |

**Hearing on Motions**
**DEFs' (H. Weil and Belli, Weil & Grozbean, PC) Motion to Stay This Action Until the U.S. Bankruptcy Court for the District of Maryland Issues a Ruling on Defendants' Pending Motion with Respect to a Related Adversary Proceeding filed by Plaintiff: Granted**
**Order signed**
**PLT's (McNeil) Request for Order of Default: Deferred**

---

Doc No./Seq No.: **19/0**
File Date: **10/02/2012**  Close Date: **10/03/2012**  Decision:
Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Notice of Bankruptcy Court Rulings & Request for Rulings Concerning Order of Default**

---

Doc No./Seq No.: **19/1**
File Date: **10/11/2012**  Close Date:    Decision:
Party Type: **Defendant**  Party No.: **1**
Document Name: **Opposition to request for default**
**Filed by DEF001-Weil, DEF002-Belli Weil & Grozbeen PC**

---

Doc No./Seq No.: **20/0**
File Date: **10/11/2012**  Close Date: **01/24/2013**  Decision: **Granted/Denied in Part**
Party Type: **Defendant**  Party No.: **1**
Document Name: **Motion to Dismiss amended complaint, or in the alternative, motion for summary**
**judgment, with request for hearing**
**Filed by DEF001-Weil, DEF002-Belli Weil & Grozbeen PC**
**Per Judge Tucker -Set for hearing**
**12/06/12 copies mailed.**
**01/24/13 copies mailed**

---

Doc No./Seq No.: **20/1**
File Date: **10/31/2012**  Close Date:    Decision:
Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Answer in Opposition to Motion to Dismiss Amended Complaint/Summary Judgment**

---

Doc No./Seq No.: **20/2**
File Date: **11/08/2012**  Close Date:    Decision:
Party Type: **Defendant**  Party No.: **1**
Document Name: **Reply to Opposition**
**Filed by DEF001-Weil, DEF002-Belli Weil & Grozbeen PC**

---

Doc No./Seq No.: **21/0**
File Date: **10/11/2012**  Close Date:    Decision:
Party Type: **Defendant**  Party No.: **1**
Document Name: **Notification of bankruptcy ruling**
**Filed by DEF001-Weil, DEF002-Belli Weil & Grozbeen PC**

---

Doc No./Seq No.: **22/0**
File Date: **10/11/2012**  Close Date:    Decision:
Party Type: **Defendant**  Party No.: **1**
Document Name: **Request for amended scheduling order in the event that the court denies defendan**

**pending motion to dismis, or in the alternativ, motion for summary judgment**

**Filed by DEF001-Weil, DEF002-Belli Weil & Grozbeen PC**

Doc No./Seq No.: **23/0**
    File Date: **10/23/2012**  Close Date:    Decision:
    Party Type: **Defendant**  Party No.: **1**
Document Name: **Notice of Service of Discovery**
        **Filed by DEF001-Weil, DEF002-Belli Weil & Grozbeen PC**

Doc No./Seq No.: **24/0**
    File Date: **10/31/2012**  Close Date:    Decision:
    Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Request for Motions Hearing**

Doc No./Seq No.: **25/0**
    File Date: **10/26/2012**  Close Date:    Decision:
    Party Type: **Defendant**  Party No.: **2**
Document Name: **Notice of Service of Discovery**

Doc No./Seq No.: **26/0**
    File Date: **12/03/2012**  Close Date: **12/03/2012**  Decision:
Document Name: **Calendar Management Hearing Notice Issued**

Doc No./Seq No.: **27/0**
    File Date: **11/29/2012**  Close Date:    Decision:
    Party Type: **Defendant**  Party No.: **1**
Document Name: **Notice of Withdrawal of Appearance**

Doc No./Seq No.: **28/0**
    File Date: **12/04/2012**  Close Date: **11/30/2012**  Decision:
    Party Type: **Defendant**  Party No.: **1**
Document Name: **Attorney Appearance Removed**
        **Larry L Puckett**

Doc No./Seq No.: **29/0**
    File Date: **12/04/2012**  Close Date: **11/30/2012**  Decision:
    Party Type: **Defendant**  Party No.: **2**
Document Name: **Attorney Appearance Removed**
        **Larry L Puckett**

Doc No./Seq No.: **30/0**
    File Date: **12/14/2012**  Close Date:    Decision:
    Party Type: **Defendant**  Party No.: **1**
Document Name: **Notice of Service of Discovery**
        **Filed by DEF001-Weil, DEF002-Belli Weil & Grozbeen PC**

Doc No./Seq No.: **31/0**
    File Date: **12/18/2012**  Close Date: **12/21/2012**  Decision:
    Party Type: **Defendant**  Party No.: **1**
Document Name: **Attorney Appearance Filed**
        **Filed by DEF001-Weil, DEF002-Belli Weil & Grozbeen PC**

Doc No./Seq No.: **32/0**
          File Date: **01/03/2013**  Close Date:    Decision:
Document Name: **Open Court Proceeding**
                            **Hearing on Motions**
                            **DEF's Motion to Dismiss Amended Complaint is granted with leave to allow the Plaintiff to amend within 30 days**
                            **DEF counsel to prepare Order**

Doc No./Seq No.: **33/0**
          File Date: **01/15/2013**  Close Date: **01/15/2013**  Decision:
Document Name: **Note: file not received; however, an order has been received from a judge**

Doc No./Seq No.: **34/0**
          File Date: **02/11/2013**  Close Date:    Decision:
          Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Pre-Trial Statement**

Doc No./Seq No.: **35/0**
          File Date: **02/13/2013**  Close Date:    Decision:
          Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Amended complaint with attached comparison copy**

Doc No./Seq No.: **36/0**
          File Date: **02/28/2013**  Close Date:    Decision:
          Party Type: **Defendant**  Party No.: **1**
Document Name: **Motion to Dismiss Second Amended Complaint, or in Alternative, Motion for Summary Judgment, Memorandum and Exhibits**
                            **Filed by DEF001-Weil, DEF002-Belli Weil & Grozbeen PC**

Doc No./Seq No.: **36/1**
          File Date: **03/18/2013**  Close Date:    Decision:
          Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Answers in Opposition to Motion to Dismiss Second Amended Complaint or in Alternative, Motion for Summary Judgment**

Doc No./Seq No.: **37/0**
          File Date: **02/28/2013**  Close Date:    Decision:
          Party Type: **Defendant**  Party No.: **1**
Document Name: **Request for Motions Hearing**

Doc No./Seq No.: **38/0**
          File Date: **03/18/2013**  Close Date:    Decision:
          Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Motion for Stay**

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland rules 16-1001 through 16-1011, or because of the practical difficulties inherent in reducing a case record into an electronic format.*