# EXHIBIT B

| | | |
|---|---|---|
| MICHAEL A. MCNEIL | * | IN THE |
| Plaintiff | * | CIRCUIT COURT |
| v. | * | FOR |
| HENRY WEIL, *et al.* | * | HOWARD COUNTY |
| Defendants | * | CASE NO. 13-C-12-091223 |

* * * * * * * * * * * * * * *

## ORDER

UPON CONSIDERATION of Defendants' Motion to Dismiss Amended Complaint, Or in The Alternative, Motion for Summary Judgment, the supporting Memoranda, the Plaintiff's Opposition thereto, and the arguments heard in open Court on Thursday, January 3, 2013, it is this 14TH day of January, 2013, by the Circuit Court for Howard County,

ORDERED that the Defendants' Motion is GRANTED in part and DENIED in part; and it is further

ORDERED:

1. That the Counts for legal malpractice/breach of contract arising out of the allegation that the Defendants failed to assist in discovery and/or failed to bring documents to Court (Counts I and III) are DISMISSED, with prejudice, as the Plaintiff cannot, as a matter of law, establish proximate causation;

2. That the Count for legal malpractice/breach of contract arising out of the allegation that the Defendants were unprepared for trial (Count II) is DISMISSED, without prejudice, and the Plaintiff has thirty (30) days from the date of this Order to file an amended complaint. The amended complaint shall set forth specific facts that support the allegation that

ENTERED JAN 24 2013 CLERK, CIRCUIT COURT HOWARD COUNTY

TRUE COPY TEST:
Wayne A. Robey
Acting Clerk

EXHIBIT 3
ALL-STATE® INTERNATIONAL

)                                    )

the Defendants breached a duty owed to the Plaintiff and specific facts that support the allegation that the identified breaches of duty proximately caused the Plaintiff's alleged damage;

3. That as to Counts IV, V and VI, to the extent these Counts are seeking a declaration that the retainer agreement is null and void because the interest rate of 18% on unpaid balances is unlawful, the Court specifically declares that the interest rate charged by the Defendants of 18% is lawful and therefore, the retainer agreement is not null and void. To the extent that Counts IV, V and VI seek other relief, those Counts are Dismissed, with prejudice.

_____
Judge Raymond J. Kane, Jr.

cc:  James E. Dickerman, Esquire
     Eccleston and Wolf, P.C.
     7240 Parkway Drive, 4th Floor
     Hanover, MD  21076

cc:  Michael McNeil, Pro Se
     7014 Gentle Shade Road
     Apartment 402
     Columbia, MD  21046