**DENIED**
**DENIED for the reasons stated on the record at the hearing held on May 1, 2013.**



DAVID E. RICE
U.S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| IN RE: | * | |
| MICHAEL ALLAN MCNEIL | * | Case No.: 12-18903 DER |
| Debtor | * | Chapter 7 |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER APPROVING COMPROMISE OF CONTROVERSY**

Upon consideration of Trustee's Motion to Compromise Controversy (the "Motion"), notice having been mailed to all creditors and parties in interest, with no objections having been filed, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Motion be, and is hereby, **GRANTED**; and it is further

**ORDERED**, that the compromise of controversy by and between the Trustee, Brian A. Goldman, and Defendants, Henry E. Weil and Belli, Weil & Grozbean, P.C., as more fully described in the Motion, be, and hereby is, **APPROVED**.

cc:

Evan M. Goldman, Esquire
Goldman & Goldman, P.A.
Foxleigh Building
2330 West Joppa Road, Suite 300
Lutherville, Maryland 21093

James Dickerman, Esquire
John R. Roche, Esquire
Lauren E. Marini, Esquire
Eccleston and Wolf, P. C.
7240 Parkway Drive, Fourth Floor
Hanover, Maryland 21076

Office of the U.S. Trustee
Garmatz Courthouse
101 W. Lombard Street, Suite 2625
Baltimore, Maryland 21201

Michael Allan McNeil
7014 Gentle Shade Road, Apartment 402
Columbia, Maryland 21046

**END OF ORDER**

