```
                        United States Bankruptcy Court
                             District of Maryland
In re:                                                      Case No. 12-18903-DER
Michael Allan McNeil                                        Chapter 7
        Debtor
                           CERTIFICATE OF NOTICE
District/off: 0416-1          User: pneal              Page 1 of 2           Date Rcvd: May 08, 2013
                              Form ID: pdfparty        Total Noticed: 5


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2013.
db          +Michael Allan McNeil,   7014 Gentle Shade Road Aptment 402,   Columbia, MD 21046-3618
            +James Dickerman, Esquire,   Eccleston and Wolf, P. C.,   7240 Parkway Drive, Fourth Floor,
              Hanover, Maryland 21076-1310
            +John R. Roche, Esquire,   Eccleston and Wolf, P. C.,   7240 Parkway Drive, Fourth Floor,
              Hanover, Maryland 21076-1310
            +Lauren E. Marini, Esquire,   Eccleston and Wolf, P. C.,   7240 Parkway Drive, Fourth Floor,
              Hanover, Maryland 21076-1310

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
intp        +E-mail/Text: ustpregion04.ba.ecf@usdoj.gov May 08 2013 20:29:12     U.S. Trustee's Office,
              101 W. Lombard St.,   Suite 2625,   Baltimore, MD 21201-2668
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 10, 2013**          **Signature:** _Joseph Speetjens_

```
District/off: 0416-1           User: pneal              Page 2 of 2              Date Rcvd: May 08, 2013
                               Form ID: pdfparty        Total Noticed: 5
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2013 at the address(es) listed below:

```
              Brian A. Goldman    emg@goldmangoldman.com,  MD01@ecfcbis.com,ams@goldmangoldman.com,
               bfb@goldmangoldman.com,medelson@goldmangoldman.com,snl@goldmangoldman.com
              Cary C Jacobson    CJacobson@Drazinlaw.com,  Stephen.Drazin@DrazinLaw.com
              David C. Barclay    dcb@simcoxandbarclay.com,  jss@simcoxandbarclay.com
              Evan M. Goldman    emg@goldmangoldman.com,  ams@goldmangoldman.com,bfb@goldmangoldman.com,
               medelson@goldmangoldman.com,snl@goldmangoldman.com
              Hugh Scott Curtis    hcurtis@oag.state.md.us
              Jeffrey Wayne Bernstein    jwbernstein@gbmlawfirm.com,  Sandrews@gbmlawfirm.com
              Larry L. Puckett    LarryLPuckett@yahoo.com
              Mark  Edelson    Medelson@goldmangoldman.com
              Timothy J Mummert    mummertecf@gmail.com
                                                                                             TOTAL: 9
```

**DENIED**
**DENIED for the reasons stated on the record at the hearing held on May 1, 2013.**



DAVID E. RICE
U.S. BANKRUPTCY JUDGE

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| MICHAEL ALLAN MCNEIL | * | Case No.: 12-18903 DER |
| Debtor | * | Chapter 7 |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER APPROVING COMPROMISE OF CONTROVERSY

Upon consideration of Trustee's Motion to Compromise Controversy (the "Motion"), notice having been mailed to all creditors and parties in interest, with no objections having been filed, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Motion be, and is hereby, **GRANTED**; and it is further

**ORDERED**, that the compromise of controversy by and between the Trustee, Brian A. Goldman, and Defendants, Henry E. Weil and Belli, Weil & Grozbean, P.C., as more fully described in the Motion, be, and hereby is, **APPROVED**.

cc:

Evan M. Goldman, Esquire
Goldman & Goldman, P.A.
Foxleigh Building
2330 West Joppa Road, Suite 300
Lutherville, Maryland 21093

James Dickerman, Esquire
John R. Roche, Esquire
Lauren E. Marini, Esquire
Eccleston and Wolf, P. C.
7240 Parkway Drive, Fourth Floor
Hanover, Maryland 21076

Office of the U.S. Trustee
Garmatz Courthouse
101 W. Lombard Street, Suite 2625
Baltimore, Maryland 21201

Michael Allan McNeil
7014 Gentle Shade Road, Apartment 402
Columbia, Maryland 21046

**END OF ORDER**

