

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

RE: Michael Allan McNeil      *      Case No. 12-18903 DER

Debtor      *      Chapter 7

     *

     *

## MOTION TO STRIKE & OBJECTION TO TRUSTEE'S SECECOND MOTION TO COMPROMISE CONTROVERSY

**COMES NOW**, the Debtor, Michael A. McNeil and moves that this court strike TRUSTEE'S SECOND MOTION TO COMPROMISE CONTROVERSY (ECF 294). Furthermore the Debtor also Objection to the Trustee's Motion and is filing simultaneously his MEMORANDUM OF LAW IN SUPPORT OF MOTION TO STRIKE & OBJECTION TO TRUSTEE'S SECECOND MOTION TO COMPROMISE CONTROVERSY which outlines the facts and legal reasonings as why this court should not approved the Trustee's motion which is in fact a veiled motion to reconsider.

**WHEREFORE,** the Debtor prays that his court strike or deny the Trustee's MOTION TO COMPROMISE CONTROVERSY.

Michael A. McNeil "Pro Se"
7014 Gentle Shade Road
Apartment 402
Columbia, MD 21046
(410) 505-8617
mamcneil@gmail.com

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was served by first class mail, postage prepaid on May 28, 2013 to:

**Office of the United States Trustee**
101 W. Lombard Street
Suite 2625
Baltimore, MD 21201-2668

**Evan M. Goldman**
Goldman & Goldman, P.A.
Foxleigh Building
2330 West Joppa Road, Suite 300
Lutherville, MD 21093

FILED
MAY 28 2013
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

_/s/ Michael A. McNeil_
Michael A. McNeil "Pro Se"
7014 Gentle Shade Road
Apartment 402
Columbia, MD 21046
(410) 505-8617
mamcneil@gmail.com