# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**Date: 7/18/13**

In re:   Case No.:   12–18903 DER      Chapter:   7

Michael Allan McNeil
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT: 302 – Objection to Claim Number 6 In Re: Sarah P. McNeil in the Amount of $101,309.67. Notice Served on 7/18/2013 Filed by Michael Allan McNeil . Responses due by 8/19/2013. (Neal, Phaedra)

PROBLEM: A Certificate of Service on the Chapter 7 Trustee was not filed.

CURE: File only an Amended Certificate of Service by the cure date shown below.

CONSEQUENCE: Failure to cure the problem(s) by the date below may result in the pleading being stricken or other action the Court deems appropriate without further notice.

**All deficiencies must be cured by 8/1/13.**

**Additional information for non−attorney filers is available at
http://www.mdb.uscourts.gov/content/after−filing**

Mark D. Sammons, Clerk of Court
by Deputy Clerk, Phaedra Neal  301−344−3371

cc:   Debtor(s)
      Attorney for Debtor(s) – PRO SE

Form defntc (01/06)