IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

IN RE: MICHAEL ALLAN MCNEIL        *

MICHAEL ALLAN MCNEIL,              *

    Appellant,                     *

        v.                          *   CIVIL NO.: WDQ-12-3706

V. PETER MARKUSKI, JR.,            *

    Appellee.                      *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

ORDER

On June 12, 2013, the Court denied appellant Michael Allan McNeil's motion to proceed *in forma pauperis* and directed him to pay the filing fee within 30 days. ECF No. 8. On July 9, 2013, McNeil paid the filing fee to the Clerk of the U.S. Bankruptcy Court. This Court was not informed of the payment. On July 23, 2013, the Court dismissed the appeal for failure to pay the filing fee. ECF No. 10. Because McNeil had in fact paid as ordered, the Order dismissing the appeal will be vacated.

Accordingly, it is this 25th day of July, 2013, ORDERED that:

1. The Court's July 23, 2013 Order dismissing this appeal (ECF No. 10), BE, and HEREBY IS, VACATED;

2. The Clerk of the Court shall reopen this case; and

3.  The Clerk of the Court shall send copies of this Order to the parties and the Clerk of the U.S. Bankruptcy Court.

_____
William D. Quarles, Jr.
United States District Judge