IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

FILED
SEP 10 2013
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

RE: MICHAEL ALLAN MCNEIL          *   Case No. 12-18903 DER

Debtor                             *   Chapter 7

_____ *

                                    *

**MOTION TO COMPEL THE TRUSTEE TO ABANDON PROPERTY, OR IN THE ALTERNATIVE, TO COMPEL TRUSTEE TO ADMINISTER PROPERTY**

Comes now, Michael A. McNeil, the Debtor, and moves that pursuant to Bankruptcy Rule 6007(b) and 11 USC § 554(b) that this court compel the Trustee to abandon bankruptcy estate property, or in the alternative Compel Trustee to Administer Property and states the following:

1. On May 10, 2012, the Debtor filed his petition for bankruptcy under Chapter 13.

2. On January 18, 2013, the Debtor filed a motion to Convert his Chapter 13 case to Chapter 7.

3. On January 22, 2013, the court granted the Debtor's motion to convert to Chapter 7.

4. On March 22, 2013, the Chapter 7 Trustee filed notice that he was abandoning the following property (ECF 265):

> real property located at 4721 Middle Court, Ellicott City, Maryland 21043, as well as the personal property described in the Amended Schedule B as: Cash - 7014 Gentle Shade Road, Cash Bank of America (Cash Fidelity), Laptop, Couch Set, Kitchen Table, Desk, 3 Beds, TV, 2 Printers, Pots Pans, Dishes, 3 White House Christmas Cards, Various Clothing, Camera, 401K (Fidelity), IRA (IRA Resources), Remus Capital, LLC, 2007 Honda Civic, 2000 Honda Odyssey Van, Multiple Pending Personal Injury Claims in Federal and State Courts (collectively, the Property")

1

5.      The Debtor with this filing is simultaneously with this filing an amended Schedule B, which will be amended to include as property any monies paid to be refunded/returned by V. Peter Markuski, Jr. in the event that the Debtor state court appeal in McNeil v. McNeil noted on June 17, 2013 should prevail and that the state court finds that the V. Peter Markuski was not appointed in accordance with Maryland State Law and that the court effectively finds that those orders appointing him and ordering the Debtor to pay his fees are null and without effect; also, the Debtor will reflect as property monies to be paid by V. Peter Markuski for his unlawful representation of the Debtor's children in state court in McNeil v. McNeil along with any state court claim that needs to be filed against V. Peter Markuski for his unlawful representation of his children and the return of any fees paid to him by the Debtor. Finally, the Debtor those specified in his Financial Affairs, but not specified in his Schedule B will also be noting the property claim for the state case in McNeil v. Love et al.

6.      Currently, as mentioned in the aforementioned paragraph, the Debtor as a pending appeal concerning the appointment of V. Peter Markuski concerning orders for attorney fees and his "ex post facto" appointment as Best Interest Attorney which occurred on May 17, 2013.

7.      The Debtor in this motion is requesting the court to either Compel the Chapter 7 Trustee to abandon the aforementioned bankruptcy estate property in addition to that which he has already abandoned. Or that in the alternative, the court order the Chapter 7 Trustee to administer the aforementioned bankruptcy estate property and/or law suite claims which would mean that he would have to take of the Debtor's pending appeal in McNeil v. McNeil and pursue the state court mater of McNeil v. Love et al.

2

9. The Debtor has well informed the Trustee concerning the aforementioned state court actions and possible state court actions. As it stands, if the Trustee does not abandon this property as property of the Bankruptcy Estate the standing of the Debtor's standing to peruse these matters could be in question.

**WHEREFORE**, the Debtor prays that the Court will enter an order requiring the Trustee to either administer or abandon the aforementioned property in addition to the property that he has already abandoned.

_____
Michael A. McNeil "Pro Se"
7014 Gentle Shade Road
Apartment 402
Columbia, MD 21046
(410) 505-8617
mamcneil@gmail.com