

DAVID E. RICE
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (at Baltimore)

| | | |
|---|---|---|
| In re: | * | |
| Michael Allan McNeil, | * | Case No. 12-18903-DER |
| Debtor. | * | Chapter 7 |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER DENYING MOTION FOR A STAY

On September 10, 2013, the debtor, Michael McNeil, filed the Motion for a Stay Concerning the Distribution of the Bankruptcy Estate [Docket No. 318] (the "Motion") seeking to stay any distribution of estate property by the Chapter 7 trustee until such time as Michael McNeil's various appeals have been concluded. Notice of the Motion was duly given. No response was filed to the Motion. At this time, the Chapter 7 trustee has not filed a final report nor proposed any distributions, so the matter is not yet ripe and to rule upon it would be premature.[1] For these reasons, it is, by the United States Bankruptcy Court for the District of Maryland,

---

[1] "A claim is not ripe for adjudication if it rests upon contingent future events that may not occur as anticipated, or indeed may not occur at all." Thomas v. JPMorgan Chase & Co., 811 F. Supp.2d 781, 791 (S.D.N.Y. 2011).

ORDERED, that the Motion for a Stay Concerning the Distribution of the Bankruptcy Estate [Docket No. 318] is DENIED without prejudice to renewal of the Motion if the trustee files a final report or otherwise proposes a distribution of funds of the estate.

cc: Debtor-Michael McNeil
    U.S. Trustee
    Chapter 7 Trustee-Brian Goldman, Esq.

**END OF ORDER**